

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2021

No. 04-20-00482-CV

**CRVI RIVERWALK HOSPITALITY, LLC**,
Appellant

v.

**425 SOLEDAD, LTD.** and 425 Loneliness, Ltd.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-20826
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellees' motion for extension of time is GRANTED. Appellees' brief is due April 29, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2021.

MICHAEL A. CRUZ, Clerk of Court

